UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re:                                          BK No. 02-22582
                                                Chapter 7
LABELON CORPORATION

                                                APPLICATION FOR
                                                COMPENSATION OF
                                                ASSET RECOVERY AGENT

                    Debtor.

| APPLICANT: | DILKS & KNOPIK, LLC |
|---|---|
| | 35308 SE Center Street |
| | Snoqualmie, WA 98065 |
| | (425) 836-5728 |

NATURE OF SERVICES:            Asset Recovery Agent for the Chapter 7 Trustee

PERIOD OF SERVICES:            September 10, 2013 to October 28, 2013

AMOUNT OF COMPENSATION REQUESTED: $1,548.66

AMOUNT OF EXPENSES REQUESTED:    $0.00

SUPPORTING DOCUMENTATION:      Dilks & Knopik LLC invoice and
                               Affidavit of Lucien A. Morin, II

DATED: December 17, 2013

_____
Lucien A. Morin, II, Esq.
McConville, Considine, Cooman & Morin, P.C.
25 East Main Street
Rochester, New York 14614

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re:

LABELON CORPORATION

Debtor.

BK No. 02-22582
Chapter 7

AFFIDAVIT IN SUPPORT OF
PAYMENT OF COMPENSATION
TO ASSET RECOVERY AGENT

STATE OF NEW YORK)
COUNTY OF MONROE ) ss:

LUCIEN A. MORIN, II, affirms under penalty of perjury:

1. He is the Trustee who was appointed in this matter.

2. Upon prior application to this court, the Trustee was authorized by order dated September 10, 2013 to employ the services of Dilks & Knopik, LLC to act as Asset Recovery Agent for the Trustee with regard to the recovery of unclaimed funds belonging to the Bankruptcy Estate of Labelon Corporation. A copy of said order is attached as Exhibit A.

3. In order to recover the unclaimed funds the Trustee engaged the services of Dilks & Knopik, LLC, for an amount equal to **fifteen percent** of the total amount recovered.

4. Attached as Exhibit B is an invoice prepared by Dilks & Knopik, LLC.

5. The requested amount for services is fair and reasonable as the fee is in the range typically charged for this service .

6. No previous application or award for services has been made.

WHEREFORE, the Trustee requests this Court to fix the compensation of Dilks & Knopik, LLC, for services rendered to the Trustee in the amount of $1,548.66 (15% of the $10,324.39 recovered) and authorize the Trustee to pay the compensation from the funds currently in the Trustee's possession.

Lucien A. Morin, II, Trustee

# EXHIBIT A



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

LABELON CORPORATION

Debtor.

Case No. 02-22582

Chapter 7

## ORDER APPROVING EMPLOYMENT
## OF ASSET RECOVERY AGENT

Pursuant to 11 U.S.C. §327(a) and §328(a), the Trustee's employment of Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, Washington, to serve as Asset Recovery Agent for the Trustee is approved.

Compensation for the employment approved by this Order is to be determined by the Court after proper application is made.

DATED: Sept. 10, 2013
Rochester, New York

_____
Hon. Paul R. Warren
U.S. Bankruptcy Court Judge

# EXHIBIT B

Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2013 | 16209 |

| Bill To |
|---|
| Bankruptcy Estate of Labelon Corporation<br>c/o McConville, Considine, Cooman & Morin<br>Attn: Lucien A. Morin, II, Ch. 7 Trustee<br>25 East Main St, Ste 500<br>Rochester, NY 14614 |

| Terms | Rep | P.O. NUMBER | REF # |
|---|---|---|---|
| Due on receipt | AE | n/a | 99-43232 |

| Item | Description | Collected Amount | Fee | Amount Due |
|---|---|---|---|---|
| MADB | Recovery of Unclaimed Funds from Case No. 99-43232 - Debtor: UDI Corp - Creditor: Labelon | 10,324.39 | 0.15 | 1,548.66 |
| | Sales Tax | | 0.00% | 0.00 |

**Total** $1,548.66

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 425-836-5728 | 425-650-9930 | brian.dilks@dilksknopik.com | www.dilksknopik.com |