UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Case No. 02-22582
        Chapter 7
LANELON CORPORATION

                         Debtor(s).

## CERTIFICATE OF SERVICE

I, Judith M. Cole, certify that on December 17, 2013, I served true and correct copies of the annexed Application for Compensation of Asset Recovery Agent, Affidavit in Support of Application, together with the proposed Order, in the above Bankruptcy Proceeding, on the following parties by depositing true copies of the same in a first class, postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Name and Address of Party

U. S. Trustee's Office
100 State Street, Room 609
Rochester, New York 14614


DATED:    December 17, 2013

                                        _____
                                        Judith M. Cole

09004.436-520272