# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Labelon Corporation

              Debtor(s)

Case No.: 2-02-22582-PRW  
Chapter: 7  
Tax ID: 16-0750069

**PLEASE TAKE NOTICE** that an Application for an Order to pay the following administrative expenses has been submitted by Dilks & Knopik, LLC as Asset Recovery Agent for Chapter 7 Trustee

| | |
|---|---|
| Date or Period of Services: | September 10, 2013 – October 28, 2013 |
| Amount of Compensation: | 1548.66 |
| Amount of Retainer: | –0– |
| Amount of Reimbursement: | –0– |
| Total of Previous Awards: | –0– |

**If objecting to the above referenced fees, please indicate your intention by selecting one of the following:**

[✓] **OBJECTION:** No hearing requested–The Court will take the objection into consideration in making its decision.  
[ ] **OBJECTION:** Hearing requested—To present oral argument.  
[ ] **OBJECTION:** Hearing requested to: [ ] Present testimony under oath. [ ] Oral argument and testimony.

You are advised that if you desire to oppose the Application, you must complete this form, sign it, and also file a sworn written objection with the Court, U.S. Trustee and applicant by _January 13, 2014_. All responses to written objections must be filed in writing with the Court, US Trustee and Applicant by _January 21, 2014_.

If a written objection requesting a hearing is filed, the objecting party and the applicant will be notified by the Court of the date for which a formal hearing is scheduled. Failure to file a sworn written objection will result in your papers not being processed.

You are further advised that whether or not opposition to the Application is entered, the Court will assess the Application and allow only such amounts as it deems reasonable.

_ARL Transport LLC_  
Name of objecting party  
_PO Box 836_  
Address  
_Moon Twp PA 15108_

[FILED JAN – 6 2014 BANKRUPTCY COURT ROCHESTER, NY]

Date: December 18, 2013

Lisa Bertino Beaser  
Clerk of Court

Form feentcR/Doc 558  
www.nywb.uscourts.gov



MANAGING TRANSPORTATION NEEDS
Phone: 800-245-4722  Fax: 800-532-9275
Phone: 412-264-6996  Fax: 412-264-1470

http://arlnetwork.com    email: arl@arlnetwork.com

January 2, 2014

RE: Case No.: 2-02-22582-PRW
Tax ID: 16-0750069

To Whom It May Concern:

ARL Transport LLC is objecting the received request to pay administrative expenses for Labelon Corporation.

ARL Transport LLC, has never done business with nor does it have record of past business with Labelon Corporation. Therefore, this should not be charged to our company.

Please remove this lein/charge against our company and advise when removed. Please forward proof of the removal to ar@arlnetwork.com.

Sincerely,

Jaime Mike
ARL Transport LLC
Collections
1155 Stoops Ferry Road
Moon Township, PA  15108
800-245-4722 x 299

*We accept Visa, MasterCard and American Express*